IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CLIFFORD COOPER,     *

        Plaintiff,     *

v.     Case No. 5:22-CV-13-MTT-MSH

    *

VERNON SPEIGHT,

    *

        Defendant.

_____     *

## **J U D G M E N T**

Pursuant to this Court's Order dated November 20, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 27th day of November, 2023.

                                              David W. Bunt, Clerk

                                              s/ Amy N. Stapleton, Deputy Clerk